THOMAS J. HOOGHE,
     Plaintiff,

v.

TK HEALTH et al.,
     Defendants.

Case No. 3:25-cv-00823

Chief Judge William L. Campbell, Jr.
Magistrate Judge Luke A. Evans

## **MEMORANDUM ORDER**

Following screening, Chief Judge Campbell directed service of process on all three defendants in this case. (Doc. No. 12.) Plaintiff completed three service packets for defendants using the address of the Sumner County Jail. (Doc. No. 18.) Defendant Scott was successfully served, though not at the address of the jail; he was served through staff attorneys at the office of the Sumner County Law Director. (Doc. No. 19.) The summonses for the other two defendants— TK Health, whom plaintiff has described as the healthcare provider at the Sumner County Jail; and Sharon Harris ("Harris"), whom plaintiff has described as the nursing supervisor at the jail— returned unexecuted with the brief remark of "wrong address." (Doc. No. 20.) The remark does not clarify why the address on each summons was wrong. Plaintiff subsequently wrote a letter indicating that the address that he used in the summonses was correct and that he is trying to be diligent about completing service. (Doc. No. 24.)

In forma pauperis status does not extend the Rule 4(m) deadline to serve automatically, or indefinitely, but plaintiff here has shown good cause to extend the deadline for service through September 30, 2026. *See Hudson v. CoreCivic*, No. 3:21-CV-00319, 2024 WL 1626891, at *5 (M.D. Tenn. Mar. 11, 2024), *report and recommendation adopted sub nom. Hudson v. CoreCivic, Inc.*, No. 3:21-CV-00319, 2024 WL 1622630 (M.D. Tenn. Apr. 15, 2024). The Court also will

take some additional steps to try to expedite the completion of service. *See Hempstead v. Parker*, No. 3:21-CV-417, 2022 WL 1493508, at *9 (E.D. Tenn. May 11, 2022). Specifically, the Court orders as follows:

1)      On or before July 21, 2026, counsel for defendant Scott are respectfully requested to confirm whether Harris currently works at the Sumner County Jail (whether as an employee of the jail or of TK Health) and, if not, when she stopped. Confirming employment now would avoid the additional steps of dismissing Harris without prejudice for failure to complete service, locating her during discovery, and then adding her back to the case later.

2)      With respect to TK Health, the Court takes judicial notice that the Tennessee Secretary of State lists "TK Health" as the assumed name for Turn Key Health Clinics, LLC, a registered foreign limited liability company from Oklahoma. Turn Key Health Clinics, LLC has a principal office and mailing address at 900 NW 12th Street, Oklahoma City, OK 73106. The registered agent for Turn Key Health Clinics, LLC is C T Corporation System, 300 Montvue Rd., Knoxville, TN 37919-5546. *See* the attached Appendix to this Order.

The Clerk of the Court is directed to prepare two waiver of service packages, each of which consists of the following: a copy of the operative complaint and screening order (Doc. Nos. 1, 12); a copy of this Order with attached Appendix; a copy of a blank AO 398 form titled Notice of a Lawsuit and Request to Waive Service of a Summons; a copy of a blank AO 399 form titled Waiver of the Service of Summons; and a postage prepaid envelope addressed to the Court. One package will be mailed, by first-class mail, to: Turn Key Health Clinics, LLC, 900 NW 12th Street, Oklahoma City, OK 73106. The other package will be mailed, by first-class mail, to: C T Corporation System, 300 Montvue Rd., Knoxville, TN 37919-5546. If TK Health does not agree

2

to waive service on or before July 31, 2026 then plaintiff must prepare service packets for the company for service at its Oklahoma City address and for service on its registered agent.

3)    As noted above, the Court extends plaintiff's deadline to complete service through September 30, 2026.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge

3

# TURN KEY HEALTH CLINICS, LLC

Entity Type: Foreign Limited Liability Company (LLC)

Formed in: OKLAHOMA

Term of Duration: Perpetual

Managed By: Manager Managed

Series LLC: No

Number of Members: 6 or less

Status: Active

Control Number: 001563308

Initial Filing Date: 7/29/2024 9:48:18 AM

Fiscal Ending Month: December

AR Due Date: 04/01/2027

Obligated Member Entity: No

| Registered Agent | Principal Office Address | Mailing Address |
|---|---|---|
| C T CORPORATION SYSTEM | 900 NW 12TH STREET | 900 NW 12TH STREET |
| 300 MONTVUE RD | OKLAHOMA CITY, OK 73106 | OKLAHOMA CITY, OK 73106 |
| KNOXVILLE, TN 37919-5546 | | |

AR Standing: Good        RA Standing: Good        Other Standing: Good        Revenue Standing: N/A

## History (6)

| Type | Date | Tracking Number | Change History |
|---|---|---|---|
| 2025 Annual Report for TURN KEY HEALTH CLINICS, LLC | 6/15/2026 4:52:05 PM | B2026555812 | o Annual Report Due Date changed from: 4/1/2026 to: 4/1/2027 <br> o Annual Report Status changed from: Delinquent to: Good |
| Notice of Determination for TURN KEY HEALTH CLINICS, LL | 6/10/2026 7:38:07 AM | B2026483024 | o Delinquent Annual Report |
| 2024 Annual Report for TURN KEY HEALTH CLINICS, LLC | 7/7/2025 10:46:23 AM | B2025480914 | o Annual Report Due Date changed from: 4/1/2025 to: 4/1/2026 <br> o Annual Report Status changed from: Delinquent to: Good <br> o Officers Changed |
| Notice of Determination for TURN KEY HEALTH CLINICS, LL | 6/10/2025 6:46:35 AM | B2025304509 | o Delinquent Annual Report |
| Assumed Name for Turn Key Health Clinics, LLC | 8/27/2024 1:56:21 PM | B1619-4151 | o New Assumed Name changed from: No Value to: TK Health |
| Initial Filing for Turn Key Health Clinics, LLC | 7/29/2024 9:48:18 AM | B1600-8627 | o Record Status changed from: Pending Review to: Active |